# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

JUANITA R. NAVARETTE,

        Plaintiff,

vs.

ART OF SHAVING, LLC, *et al.,*

        Defendants.

2:14-cv-01161-APG-CWH

**ORDER VACATING EARLY NEUTRAL EVALUATION SESSION**

Before the court is Defendant Art of Shaving's Motion to Vacate Early Neutral Evaluation Session (#14).  The time for opposing this motion has not expired, but on December 23, 2014, plaintiff filed a Motion to Extend time, requesting, *inter alia*, additional time to serve a number of defendants (#21).

Good Cause Appearing,

IT IS HEREBY ORDERED that Defendant Art of Shaving's Motion to Vacate Early Neutral Evaluation Session (#14) is GRANTED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation Session scheduled for February 23, 2015 is VACATED.

DATED this 24th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE