# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUANITA R. NAVARETTE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ART OF SHAVING, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:14-cv-1161-APG-CWH<br><br>**ORDER** |

　　　　On December 4, 2014, defendant The Art of Shaving, LLC ("TAOS") filed a motion to dismiss. (Dkt. #11.) On December 17, 2014, defendant CoWorx Staffing Services, LLC ("CoWorx") filed a motion to dismiss. (Dkt. #16.) No opposition has been filed to either motion. Pursuant to Local Rule 7-2(d), the failure to file points and authorities in response to a motion constitutes consent to the granting of the motion. Nevertheless, I have reviewed both motions to dismiss, and they are meritorious.

　　　　On December 30, 2014, Magistrate Judge Hoffman granted Plaintiff's motion to extend time to effectuate service. (Dkt. ##21, 23)  Magistrate Judge Hoffman gave Plaintiff until January 29, 2015 to serve the remaining defendants. To date, Plaintiff has failed to prove effective service. Therefore, pursuant to Fed. R. Civ. P. 4(m), good cause exists to dismiss the complaint as to defendants Christine Lambert, Laurina Esposito, Corina Mettlin, Lizette Salas, and Herzog.

　　　　**IT IS THEREFORE ORDERED** that the motions to dismiss filed by defendants TAOS and CoWorx (Dkt. ##11, 16) are GRANTED. The complaint is dismissed as to those defendants.

1   **IT IS FURTHER ORDERED** that the complaint is dismissed as to defendants Christine
2   Lambert, Laurina Esposito, Corina Mettlin, Lizette Salas, and Herzog for failure to timely serve
3   them with process.

4   The Clerk of the Court shall enter judgment accordingly.

5   Dated:  February 19, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE